FILED
08 JUL 28 AM 11:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Charles Alvin RUDD<br>Defendant. | Magistrate Case No.: '08 MJ 2297<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 26, 2008, within the Southern District of California, defendant Charles Alvin RUDD, did knowingly and intentionally import approximately 25.34 kilograms (55.74 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

S/A
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28TH DAY OF JULY 2008.

U.S. MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Mario Vazquez, declare under penalty of perjury, the following is true and correct:

On 07/26/08, Charles Alvin RUDD entered the United States through the Calexico, California East Port of Entry. RUDD was the passenger of a 2001 Hyundai Elantra, bearing CA/US license plate 6DWW068. US Customs and Border Protection Officer (CBPO) Ortiz discovered 23 packages concealed within the dash area of the vehicle. One package was probed by CBPO Ortiz producing a green leafy substance that field tested positive for marijuana. The 23 packages were removed and weighed with a total weight of 25.34 kilograms (55.74 Lbs.)

RUDD was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. RUDD acknowledged and waived his Miranda Rights. RUDD admitted that he was well aware that there was marijuana concealed in the vehicle. RUDD stated that he was going to be paid $1,500.00 to cross the vehicle into the United States.

Executed on July 26, 2008 (date) at 7:20 PM (time)

SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on July 26, 2008, in violation of Title 21, United States Code, Section(s) 952 & 960.

United States Magistrate Judge

7/26/08 - 8PM
Date/Time