FILED
AUG 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHARLES ALVIN RUDD, Defendant. | Criminal Case No. 08CR2777-WQH<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about July 26, 2008, within the Southern District of California, defendant CHARLES ALVIN RUDD, did knowingly and intentionally import approximately 25.43 kilograms (55.74 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 21, 2008.

KAREN P. HEWITT
United States Attorney

for FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:Imperial
8/1/08