AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

BY JP

UNITED STATES OF AMERICA

v.

CHARLES ALVIN RUDD

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2777-WQH

I, CHARLES ALVIN RUDD, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Aug. 21, 08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer